## PRUNEDA V. BEXAR COUNTY, TEXAS COLLECTIVE ACTION CONSENT FORM

To join this collective action, this form must be
received by the Law Firm by <u>October 24, 2022</u> or postmarked by <u>October 19, 2022.</u>

**Instructions:** To join this collective action lawsuit, you must mail this completed form to the Law Firm at the following address: Attn: Bexar County Collective Action Lawsuit, Moore & Associates, 440 Louisiana Street, Suite 1110, Houston, TX 77002-1063. Alternatively, you can email the completed form to the Law Firm at wages@mooreandassociates.net or fax it to (713) 490-9231. <u>The form must be actually received by the Law Firm by 10/24/22, if emailed or faxed, or postmarked by 10/19/22, if mailed.</u>

**Acknowledgement:** I have read the Notice of Collective Action Regarding Overtime Claim against Bexar County, Texas, and I understand what it says. I <u>WANT</u> to participate in this collective action lawsuit and receive money or benefits that may come from a trial or settlement. I designate Augustin Pruneda as my representative to make decisions on my behalf concerning the method and manner of conducting this collective action lawsuit, the approval of any settlement, and all other matters pertaining to this collective action lawsuit, and I agree to be bound by the fee agreement between Augustin Pruneda and the Law Firm. I also understand that, while I have the right to choose my own lawyer or to purse my claims on my own behalf, I choose to be represented by the Law Firm and any other lawyers with whom they may associate, and I authorize them to pursue any claims I may have relating to unpaid wages, including such litigation as may be necessary. I understand that I will be bound the orders or judgment, whether favorable or unfavorable, of the court where the collective action lawsuit is pending.

Signature: *(signed)* Date: 8/23/22

Print Name: Jeremy Payne

---

**COLLECTIVE ACTION MEMBER INFORMATION**

| First Name | MI | Last Name |
|---|---|---|
| Jeremy | A | PAYNE |

---

QUESTIONS ABOUT THIS COLLECTIVE ACTION SHOULD BE DIRECTED TO THE LAW FIRM AT THE ADDRESS AND PHONE NUMBER LISTED IN THE NOTICE OF COLLECTIVE ACTION. <u>DO NOT</u> CONTACT THE COURT DIRECTLY.