# EXHIBIT 1

**Bowen, Susan**

**From:** Bowen, Susan
**Sent:** Wednesday, November 15, 2023 4:05 PM
**To:** 'Melissa Moore'
**Subject:** RE: Augustin Pruneda v. Bexar County, Texas

I will agree to extend the Scheduling Order.  Susan Bowen

CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error please contact the sender below immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

*Sender:  Susan A. Bowen, Bexar County Criminal District Attorney's Office, 101 W. Nueva, San Antonio, Texas 78205*

**From:** Melissa Moore <Melissa@mooreandassociates.net>
**Sent:** Wednesday, November 15, 2023 11:06 AM
**To:** Bowen, Susan <sbowen@bexar.org>
**Cc:** Curt Hesse <Curt@mooreandassociates.net>; Jasmine Qualls <Jasmine@mooreandassociates.net>
**Subject:** RE: Augustin Pruneda v. Bexar County, Texas

**NOTICE:**
This email originated from an EXTERNAL email address outside of bexar.org. Please use caution when clicking links or opening attachments from email senders that you do not know.
If you feel it is suspicious, please send this email as an attachment to BCERT@bexar.org

Susan:

Bumping this to the top of your inbox.

Thank you!

**Melissa Moore**
**MOORE & ASSOCIATES**
**Lyric Center**
**440 Louisiana, Suite 1110**
**Houston, Texas 77002**
**Telephone:  713.222.6775**
**Toll free:  877.223.6775**
**Text: 713.222.6775**
**Fax:  713.222.6739**
http://www.mooreandassociates.net

------------------------------------
Unless expressly authorized in writing, this firm does not consent to electronic service (whether by electronic mail, facsimile, file transfer protocol, Dropbox, or some other means) of any documents under the Federal Rules of Civil Procedure.  See, Fed. R. Civ. P. 5(b)(2)(E).

1

# EXHIBIT 2

**Bowen, Susan**

**From:** Bowen, Susan
**Sent:** Thursday, December 7, 2023 1:27 PM
**To:** 'Melissa Moore'
**Subject:** RE: Augustin Pruneda v. Bexar County, Texas

Discovery is closed and we have not entered into a new Scheduling Order.   Susan

CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error please contact the sender below immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

*Sender: Susan A. Bowen, Bexar County Criminal District Attorney's Office, 101 W. Nueva, San Antonio, Texas 78205*

**From:** Melissa Moore <Melissa@mooreandassociates.net>
**Sent:** Thursday, December 7, 2023 12:18 PM
**To:** Bowen, Susan <sbowen@bexar.org>
**Cc:** Curt Hesse <Curt@mooreandassociates.net>; Jasmine Qualls <Jasmine@mooreandassociates.net>
**Subject:** RE: Augustin Pruneda v. Bexar County, Texas

**NOTICE:**
This email originated from an EXTERNAL email address outside of bexar.org. Please use caution when clicking links or opening attachments from email senders that you do not know.
If you feel it is suspicious, please send this email as an attachment to BCERT@bexar.org

Susan:

I have not heard back from you regarding deposition dates. Accordingly, we will notice the depositions in accordance with our schedule.

Best,

**Melissa Moore**
**MOORE & ASSOCIATES**
**Lyric Center**
**440 Louisiana, Suite 1110**
**Houston, Texas 77002**
**Telephone: 713.222.6775**
**Toll free: 877.223.6775**
**Text: 713.222.6775**
**Fax: 713.222.6739**
http://www.mooreandassociates.net

----------------------------------
Unless expressly authorized in writing, this firm does not consent to electronic service (whether by electronic mail, facsimile, file transfer protocol, Dropbox, or some other means) of any documents under the Federal Rules of Civil Procedure. See, Fed. R. Civ. P. 5(b)(2)(E).

1