UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **AUGUSTIN PRUNEDA, Individually and On Behalf of All Others Similarly Situated, BRIAN BARRICK, BRIAN CURTIS, CHRISTOPHER MOLLEDA and DARRELL SANDERS,** § § § § § § § *Plaintiffs*, § § **v.** § § **BEXAR COUNTY, TEXAS.,** § § *Defendant.* § § § | **CASE NO. 5:22-CV-0104-JKP** |

## ORDER OF DISMISSAL

Plaintiff Augustin Pruneda commenced this action as a collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, with the other named Plaintiffs opting-in under 29 U.S.C. § 216(b). *See* Orig. Compl. (ECF No. 1). Other Plaintiffs have opted into this action. Before the Court is a Joint Motion to Approve the Settlement Agreement and Stipulation of Dismissal with Prejudice (ECF No. 88). A review of the submitted motion and copy of the Settlement Agreement shows that the parties have a bona fide FLSA dispute. In accordance with the Court's review and consideration of the applicable law and the matters presented in the motion, the Court **GRANTS** the joint motion, **FINDS** the existence of a bona fide FLSA dispute in this case, and **APPROVES** the parties' settlement and their Settlement Agreement as a fair and reasonable resolution of the Parties' bona fide disputes.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the Court **DISMISSES** this action in its entirety with prejudice. The Court has approved the settlement which disposes of all Plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. There are no other Plaintiffs in this lawsuit. All claims of all Plaintiffs in this cause of action are dismissed

with prejudice with each party to bear their own costs and attorneys' fees in conformance with the mediator-supervised settlement and the foregoing Stipulation of Dismissal with Prejudice of Plaintiffs and Defendant.

To the extent Fed. R. Civ. P. 58(a) requires a separate final judgment, this order of dismissal constitutes the final judgment in this case and the Court **directs the Clerk of Court to close this case.** Through Paragraph 33 of the Settlement Agreement, the parties agree that the Court shall retain jurisdiction with respect to the interpretation, implementation, and enforcement of the terms of this Settlement Agreement and all orders and judgments entered in connection therewith, and the Parties and their counsel submit to the jurisdiction of the Court for this purpose. The Court will retain such jurisdiction for a period of ninety days from the date of this order.

**IT IS SO ORDERED this 10th day of March 2025.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**